IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3082-2 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIKA M. PENA, | ) | REPORT, RECOMMENDATION |
| | ) | AND |
| | ) | ORDER |
| Defendant. | ) | |

At the conclusion of the hearing this date on the
defendant's motion to suppress evidence, I stated my conclusions
on the record and my decision to recommend that the motion to
suppress be denied.  In accordance with that announcement,

IT HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf,
United States District Judge, that the motion to suppress, filing
24, be denied in all respects.

FURTHER, IT HEREBY IS ORDERED,

1.  The clerk shall cause an expedited transcript of the
hearing to be prepared and filed.

2.  Counsel are given ten days from the date the transcript
is available to counsel for reading in the clerk's office in
which to file objections to this recommendation.  The parties are
notified that failure to object may be held to be a waiver of the
right to appeal the district judge's adoption of the
recommendation.

3.   Trial of this matter is set to commence at 9:00 a.m.,
January 17, 2006 for a duration of two trial days, before the
Honorable Richard G. Kopf in Courtroom 1, United States
Courthouse and Federal Building, 100 Centennial Mall North,
Lincoln, Nebraska.  Jury selection will be held at commencement
of trial.

Dated November 23, 2005.

BY THE COURT

s/ *David L. Piester*

United States Magistrate Judge