IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3082 |
| v. | ) | |
| | ) | |
| ERIKA M. PENA, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

The defendant has requested to be released pending her sentencing on April 4, 2006. However, the provisions of 18 U.S.C. § 3143 prohibit her release in the absence of very severe requirements, none of which have been shown to apply in the present case.

IT THEREFORE HEREBY IS ORDERED,

The motion for release, filing 53, and the motion for investigation, filing 54, are both denied.

DATED this 14th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge