IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3082 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ERIKA PENA MEZA, | ) | |
| a/k/a ERIKA M. PENA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's motion to continue sentencing date (filing 56) is granted;

(2)     Defendant Pena's sentencing is continued to Wednesday, April 19, 2006, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

March 15, 2006                                         BY THE COURT:

                                                                s/ *Richard G. Kopf*
                                                                United States District Judge